Robert Lee Billie
FULL NAME

_____
COMMITTED NAME (if different)

Calipatria State Prison   B4-124, P.O.
FULL ADDRESS INCLUDING NAME OF INSTITUTION

Box 5002, Calipatria, CA - 92233

BJ0919
PRISON NUMBER (if applicable)

FILED
CLERK, U.S. DISTRICT COURT

APR 14 2021

CENTRAL DISTRICT OF CALIFORNIA
BY:        RS        DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  | CASE NUMBER **2:21-CV-03305-VAP-SK** |
|---|---|
| PLAINTIFF, | *To be supplied by the Clerk* |
| COUNTY OF SANTA BARBARA, v. BILL BROWN, BERNARD MELEKIAN, VINCE WASILEWSKI, JAMES METER, JAMES POWELL, CECCHETTO, WELLPATH (CFMG), NURSE ALICE, DOCTOR HERR, JOHN DOE   DEFENDANT(S). | **CIVIL RIGHTS COMPLAINT PURSUANT TO** *(Check one)* ☑ 42 U.S.C. § 1983 ☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971) |

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☒ Yes   ☐ No

2. If your answer to "1." is yes, how many?   **2**

   Describe the lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

   (a) The first complaint contained claimed violations of Substantive and procedural Due Process, in addition, Equal Protection of the laws. The claims rose from Plaintiff's time confined in Segregation at the Santa Barbara County Jail - pretrial.

   (b) The second complaint claimed violations of the Free Exercise and Equal Protection Clause, including the Religious Land Use and Institutionalized Person Act. The lawsuit rose from Plaintiff's religious diet being changed from one that contained meat to one [without meat] containing Soy and the resulting adverse physical harm he suffered from eating it - based on his belief. Further, the Santa Barbara County Jail's Sheriff deputies improper Service of the meals - based on Plaintiff's belief.

1.

a. Parties to this previous lawsuit:

Plaintiff Robert Lee Billie

Defendants County of Santa Barbara; Bill Brown; Vince Wasilewski; James Meter; James Powell; Scott Chapman; Richard Zopf; Brandon Hanson; Carlos De La Cruz; Jimmy Mendoza; Dale De La Torre; Tom Liston; Robert Williamson; Selim Celmeta;

b. Court: United States District Court for the Central District of California

c. Docket or case number 2:16-CV-08751-SK

d. Name of judge to whom case was assigned Virginia A. Philips, Steve Kim (Magistrate)

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) Dismissed: Summary Judgment; Appealed: Denied COA

f. Issues raised: Whether Plaintiff was deprived of Procedural and Substantive Due Process, Equal Protection, Civil conspiracy and Monell claims.

g. Approximate date of filing lawsuit: November 23, 2016

h. Approximate date of disposition November 27, 2018

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☒ Yes  ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☒ Yes  ☐ No

If your answer is no, explain why not _____

_____

_____

3. Is the grievance procedure completed? ☒ Yes  ☐ No

If your answer is no, explain why not _____

_____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff Robert Lee Billie
(print plaintiff's name)

who presently resides at P.O. Box 5002, Calipatria, CA-92233 (Calipatria State Prison),
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

Santa Barbara County Jail
(institution/city where violation occurred)

on (date or dates) 4/10/17 – 4/9/19 , _____ , _____ .
　　　　　　　　　　(Claim I)　　　　　　　　(Claim II)　　　　　　　(Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant COUNTY OF SANTA BARBARA _____ resides or works at
   (full name of first defendant)

   105 E. ANAPAMU, ROOM 407, SANTA BARBARA, CA - 93101
   (full address of first defendant)

   MUNICIPALITY
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual  ☒ official capacity.

   Explain how this defendant was acting under color of law:
   As a municipality corporation within the state of California.

2. Defendant WELLPATH ( CFMG ) _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   Medical Provider
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual  ☒ official capacity.

   Explain how this defendant was acting under color of law:
   As a public corporation operating within the United States; Title 15 - California
   State Minimal Standards

3. Defendant BILL BROWN _____ resides or works at
   (full name of first defendant)

   OFFICE OF THE SHERIFF, 4434 CALLE REAL, SANTA BARBARA, CA-93110
   (full address of first defendant)

   SHERIFF OF SANTA BARBARA COUNTY
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual  ☒ official capacity.

   Explain how this defendant was acting under color of law:
   Title 15 - California State Minimal Jail Standards; His official duties as Sheriff and
   County Jail Administrator

on (date or dates) _____ , _____ , _____ .
                   (Claim I)            (Claim II)            (Claim III)

NOTE:    You need not name more than one defendant or allege more than one claim. If you are naming more than
         five (5) defendants, make a copy of this page to provide the information for additional defendants.

4.   Defendant   BERNARD MELEKIAN _____ resides or works at
                 (full name of first defendant)

     OFFICE OF THE SHERIFF, 4434 CALLE REAL, SANTA BARBARA, CA-93110
     (full address of first defendant)

     UNDER SHERIFF OF SANTA BARBARA COUNTY
     (defendant's position and title, if any)

     The defendant is sued in his/her (Check one or both): ☒ individual   ☒ official capacity.

     Explain how this defendant was acting under color of law:
     His official duties as a Sheriff ; Title 15

5.   Defendant   VINCE WASILEWSKI _____ resides or works at
                 (full name of first defendant)

     4436 CALLE REAL, SANTA BARBARA, CA - 93110
     (full address of first defendant)

     CHIEF OF JAIL
     (defendant's position and title, if any)

     The defendant is sued in his/her (Check one or both): ☒ individual   ☒ official capacity.

     Explain how this defendant was acting under color of law:
     His official duties as a Sheriff ; Title 15

6.   Defendant   JAMES METER _____ resides or works at
                 (full name of first defendant)

     4436 CALLE REAL, SANTA BARBARA ; CA - 93110
     (full address of first defendant)

     JAIL COMMANDER
     (defendant's position and title, if any)

     The defendant is sued in his/her (Check one or both): ☒ individual   ☒ official capacity.

     Explain how this defendant was acting under color of law:
     His official duties as a Sheriff Deputy ; Title 15

on (date or dates) _____ , _____ , _____ .
     (Claim I)     (Claim II)     (Claim III)

**NOTE:**  You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

**7.** Defendant JAMES POWELL _____ resides or works at
     (full name of first defendant)

    4436 CALLE REAL, SANTA BARBARA, CA - 93110
    (full address of first defendant)

    JAIL COMMANDER
    (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☑ official capacity.

Explain how this defendant was acting under color of law:
His official duties a Sheriff Deputy; Title 15

**8.** Defendant CECCHETTO _____ resides or works at
     (full name of first defendant)

    4436 CALLE REAL, SANTA BARBARA, CA - 93110
    (full address of first defendant)

    CUSTODY CORPORAL
    (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
His official duties as a Sheriff Deputy; Title 15

**9.** Defendant Nurse ALICE _____ resides or works at
     (full name of first defendant)

    4436 CALLE REAL
    (full address of first defendant)

    NURSE
    (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual ☒ official capacity.

Explain how this defendant was acting under color of law:
Title 15

on (date or dates) _____ , _____ , _____ .
                      (Claim I)              (Claim II)              (Claim III)

**NOTE:**     You need not name more than one defendant or allege more than one claim. If you are naming more than
              five (5) defendants, make a copy of this page to provide the information for additional defendants.

1.  Defendant  DOCTOR HERR _____ resides or works at
               (full name of first defendant)

               UNKNOWN _____
               (full address of first defendant)

               WELLPATH DOCTOR _____
               (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☒ individual   ☒ official capacity.

    Explain how this defendant was acting under color of law:

    Title 15 _____

    _____

2.  Defendant  _____ resides or works at
               (full name of first defendant)

               _____
               (full address of first defendant)

               _____
               (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

    Explain how this defendant was acting under color of law:

    _____

    _____

3.  Defendant  _____ resides or works at
               (full name of first defendant)

               _____
               (full address of first defendant)

               _____
               (defendant's position and title, if any)

    The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

    Explain how this defendant was acting under color of law:

    _____

    _____

**D. CLAIMS***

**CLAIM I**

The following civil right has been violated:

Plaintiff was deprived of his clearly established right to the free exercise of his religion, and religious needs while institutionalized, which constitute violations of the Religious Land Use and Institutionalized Person Act, and, the Free Exercise Clause, under U.S.C. Section 1983.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

(1)  On May 1, 2014, plaintiff is arrested on a warrant for Attempted Murder and Assault with Deadly Weapon charges and later booked into the Santa Barbara County Jail, (SBCJ)

(2)  The SBCJ is operated by the Santa Barbara County Sheriffs Office (SBSO). The "regular" diet served to prisoners housed in the jail contains soy (meat) substitute. A Kosher religious diet is offered to followers of the Judaic and Islamic faith. Plaintiff receives a regular diet from the time he enters the SBCJ, and from that point he suffers adverse physical effects from eating the soy dominated dinner meals. i.e. Stomach cramps, Nausea, Uncontrollable Flatulence.

(3)  Around September of 2015 Plaintiff visits the medical department at the jail complaining of Stomach cramps, Nausea and Uncontrollable flatulence connected to his consumption of the soy contained in the regular diet. At this visit Plaintiff advised the medical practitioner of his physical reaction he suffered after eating the jail's soy, in addition, his expected long term stay at the jail - up to

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.*

CONTINUED ON PG

**E. REQUEST FOR RELIEF**

I believe that I am entitled to the following specific relief:

Petitioner prays for the relief as follows:

(1) That the court determine and enter judgment declaring that the acts and omissions of the defendants' set forth previously violate rights secured to plaintiff under the United States Constitution.

(2) That the court award general damages in the sum of $75,000.00.

(3) That the court award punitive damages in the sum of Sum of $150,000.00

(4) That the defendants be required to pay legal costs and expenses herein including, reasonable provision for plaintiff's attorney fees if counsel is obtained.

(5) The right to amend the complaint by further evidence and fact finding.

(6) That the court grant such further and additional relief that is appropriate herein.

_____        _____
(Date)                                            (Signature of Plaintiff)

CV-66 (7/97)                    CIVIL RIGHTS COMPLAINT                    Page 8 of 17
                                            8.

3 to 4 additional years. Plaintiff asks the practitioner to medically approve him for a no-soy diet based on the severe reactions he experienced after eating soy. His request was granted. At the time the medical provider for the county at the jail was name CORIZON.

(4)   Plaintiff begins receiving a regular no-soy diet within 72 hours of his medical approval. Plaintiff continues to receive that no-soy diet for the next 19 months.

(5)   In March of 2017 plaintiff converts his religion to the Islamic faith. At the SBCJ muslim prisoners are only able to receive Korans upon availability, and individual prayer. The SBSO doesn't accomodate prisoners at the jail Ramadan observances during the islamic holy period, nor is there prayer meetings or access to an imam permitted at the jail.

(6)   What is permitted muslim prisoners at the SBCJ is a Kosher religious diet that does not contain soy. Thus, Plaintiff makes a request to sheriff personnel in late March of 2017 to change his no-soy regular diet to a Kosher no-soy religious diet because it is a proper diet for muslims. Plaintiff's request is quickly granted and in April 2017 he begins receiving the Kosher diet that already doesn't have soy in it – ultimately Keeping in line with his medically approved no-soy diet.

(7)   Unbeknownst to plaintiff is that the previous medical provider CORIZON is no longer being used or employed by county of Santa Barbara at the SBCJ. The new medical provider is WELLPATH (CFMG), who in conjunction with the SBSO administration and Jail administration, conspired to stop any new requests for Kosher-religious diets by SBCJ prisoners. Furthermore, Wellpath, and the SBSO conspired to force all prisoners receiving Kosher meals/diet off of it. Ultimately the SBSO and Wellpath decided on replacing the microwavable dinners

that contained meat - not soy - with an immutable main course of large chunks of soy. The new soy dinners were intended to be so disgusting and that no prisoners would want the Kosher religious diet, and those on the Kosher diet already would want to get off them.

(8)    About a week after being provided the Kosher no-soy diet that contained real meat the SBSO switched the Kosher diets to Kosher soy diets, in respect to the plaintiff.

(10)    Wellpath, as part of the conspiracy with the SBSO took plaintiff off of his medically approved no-soy diet designation arbitrarily in order to purposefully disturb plaintiff's physical state. Indeed, because plaintiff was one of, if not the only prisoner who was already receiving a medically approved no-soy diet before the change in medical provider - who was also receiving a Kosher religious diet. Wellpath's personnel stopped plaintiff's Kosher no-soy diet without his knowledge or notice.

(11)    Plaintiff is unaware of Wellpath and the SBSO conspiracy but one day at the dinner meal he doesn't receive the usual black plastic microwavable tray. One that usually contains beef, chicken or some type of pasta in sauce or stew wrapped in plastic. Instead, Plaintiff's "new" Kosher dinner tray had no plastic covering and consisted of a section of what seemed to be salad, four pieces of bread, applesauce and what appeared to be large chunks of meat in a thick white sauce.

Plaintiff unaware that the large chunks in the white sauce were actually soy - ate them that night. After, suffering the same adverse physical reactions as before he later learned the Kosher diet now no longer held meat - only soy - minus a couple tuna pouches weekly for lunch.

(12)    Plaintiff, a muslim, had his prayers disturbed as his uncontrolled gas, nausea and stomach pain prevented him from focusing and finding peace. The foul smell from constant gas always left his cell an improper

place to pray because muslims should pray in areas sweet, or, good smelling. This was a huge problem because where plaintiff was housed he spent 20 to 23 hours a day in his cell.

(13)   Defendants Bill Brown, Bernard Melekian, Vince Wasilewski, James Motor and James Powell developed a way to dissuade and limit prisoners' seeking an appropriate religious diet at the jail. Bill Brown, the Sheriff of the County and head Jail Administrator ratified the plan – leading the way for the implementation of the plan at the Jail. Wasilewsk. Moten and Powell oversaw the day to day operations at the jail, which included the ultimate cancellation of plaintiff's no-soy diet (medically approved).

Now Wellpath, the new medical provider, on behalf of SBSO officials named above actually took plaintiff's no-soy designated diet off of the food service feeding list and plaintiff's medical record(s). This act came in spite of plaintiff being on a medically approved No-Soy diet for about 18 months.

Both the SBSO and Wellpath's acts against plaintiff were knowing and willful, and intended to purposefully harm him.

(14)   On April 24, 2017, Plaintiff submitted a grievance complaining that the SBSO lacked the jurisdiction to take plaintiff off of a medically approved Spiritual diet – Kosher No-Soy. Furthermore, plaintiff asserted what he was being fed now was not Halal [Proper Islamic Fare]

Wellpath medical personnel answer the institutional grievance bu stating "You were seen by nursing on 4/25/2017 and denied any allergies to food / medecine. Your diet will not be changed to a no-soy diet as this is not an available option unless you have a documented soy allergy for a provider." The response is signed by John Doe (medical personnel) and illegible.

Plaintiff appeals the institutional grievance form ("IGF")

CIVIL RIGHTS COMPLAINT

11.

response by John Doe based on his outright assertion that he was seen on 4/25/17 by medical for Neck/back pain and was asked if he was allergic to any medication, not allergies to food. Furthermore, he clarified his previous no-soy diet was because of the physical reaction he suffered because from eating soy, and his religious conversion to islam required a proper halal diet.

(15)   Plaintiff submits another grievance complaining of the medical departments' (Wellpath) refusal to place him back on a Kosher no-soy medical/spiritual diet based on religious needs and physical harm he endured from eating the soy. The IGF is submitted on 5-5-17.

The medical personnel, a Nurse Alice, responds to the IGF by stating "There is no medical indication for you to have a soy free diet." Log# 11831. Plaintiff appeals the grievance response in 2019.

(16)   Plaintiff complains several times to medical personnel about his religious diet causing him stomach pain, uncontrollable gas and nausea because of the soy content. He repeatedly conveyed to medical personnel his belief that his muslim faith required a halal diet that wouldn't cause him physical distress. He kept asking for his Kosher no-soy diet be reinstated because he had been taken off a no-soy diet without cause. During these visits Nurse Alice and Dr. Herr maintain the intentional conspiritory act of precluding plaintiff from a proper religious diet in order to cause harm.

(17)   Directly before his second trial in the Santa Barbara County Criminal Court plaintiff asks for a regular diet in order to gain strength because the Kosher religious diet was harming him physically and spiritually, and representing himself pro se would require him to forgo the prejudice for trial.

(18)   From November 23, 2018, until early January of 2019, which was shortly after the conclusion of his trial - plaintiff ate regular diet trays

because the dinner meals frequently possessed meat, although Haram ( Prohibited / Forbidden )

(19) About January 1, 2019, plaintiff reapplies for a Kosher religious diet formally. He briefed Corporal Cecchetto, the officer in charge of granting Kosher religious diets, in writing on the reasons why he went off of the, and the reason why he needed to be allowed to receive the Kosher religious diet again.

Shortly thereafter he is visited by Corporal Cecchetto and following a brief conference plaintiff is reapproved for the Kosher diet.

(20) In march of 2019, plaintiff appeals his 5/5/17 IGF contending he'd already been medically approved for a no-soy diet before receiving the diet for at least a year and a half before converting to Islam and an appropriate Kosher (no-soy) diet. Then without his knowledge or consent he began being served a Kosher soy diet like everyone else despite his long time documented adverse physical response to eating soy. In fact, he'd stopped eating the soy since his reapproved Kosher meals began being served to him. He claims deliberate indifference.

He requested relief in the form of a "new" Kosher no-soy which would be exactly what he was served the first 10 days or so when he began in April of 2017.

Corporal Cecchetto answers the appeal by asserting Wellpath has no record of a soy allergy; He agreed the Kosher / Halal diets are now soy based; He suggested plaintiff switch his diet to a vegan or vegetarian since he cannot eat the soy.

(21) Corporal Cecchetto denies plaintiff's request and actually asks him to consider surrendering his religious diet and go to either a vegan or vegetarian. Corporal Cecchetto knowingly withholds plaintiff opportunity at receiving an appropriate no-soy (meat) diet despite his seeing

1  plaintiff receive a no-soy diet for over a year while he was still a regular
2  custody deputy. Cecchetto purposely does so in order to cause plaintiff
3  physical, mental and spiritual discomfort keeping in line with the SBSO
4  and wellpath conspiracy - to dissuade or force prisoners on kosher diets
5  off of it.

6   (22)    On April 8, 2019, Plaintiff is sentenced to 2 additional years
7  on top of a 10 year and 1 and 1 half year sentences for an
8  aggregate 12 1/2 prison sentence. Upon his return to the SBCJ he is
9  advised his transfer to the California State Prison Wasco Reception Center.
10 On the morning of April 9, 2019, plaintiff is transferred.

11  (23)    Sheriff Bill Brown, Undersheriff Bernard Melekian, Chief of
12 Jail Vince Wasilewski, Jail Commanders James Meter and James
13 Powell all conspired to implement the policy, practice or custom that they
14 collectively developed, to ultimately deny all   muslim and or Jewish
15 prisoners from no-soy / meat despite their religious needs based on their
16 beliefs

17     Bill Brown, Bernard Melekian, Vince Wasilewski, James Meter.
18 James Powell knew or should have known in respect to their duties and
19 clearly established law; Plaintiff had a right to exercise his religion
20 moreover, a right to freely attend his religious needs based on his beliefs
21 while incarcerated

22     Bill Brown, Bernard Melekian, Vince Wasilewski, James Meter,
23 James Powell knew or should have known in respect to their duties that
24 they were required to allow plaintiff to receive a no-soy / meat based kosher
25 religious diet that would meet his religious needs based on his belief.

26     Bill Brown, Bernard Melekian, Vince Wasilewski, James Meter
27 and James Powell knew or should have known in respect to their actions
28 that they would result in plaintiff's injuries based on their conspiracy that

1  heavily burdened plaintiff's right to be physically encumbered in his

2  religious activities, furthermore, his religious beliefs

3  (24)   Corporal Cecchetto knowingly and purposefully refuses to aid plaintiff

4  in obtaining a proper religious diet that doesn't encumber his religious

5  activities, based on his beliefs.

6         Cecchetto knew or should have known in respect to his duties and

7  clearly established law; Plaintiff had a right to exercise his religion and a

8  right to freely exercise his religious beliefs while incarcerated.

9         Cecchetto knew or should have known that his duties required him to

10  either issue an order granting plaintiff a no-soy diet, or, assisting plaintiff

11  receiving one, in order to satisfy his religious activities and beliefs.

12         Cecchetto knew or should have known that his actions would result

13  in Plaintiff's suffering injuries because of his needless obstruction of plaintiff's

14  right to unburdened in his religious activities and those activities based on

15  his belief.

16  (25)   Wellpath knew or should have known in respect to it's duties, that

17  it had a responsibility to train and supervise it's employees on clearly

18  established law; that Plaintiff had a right to exercise his religion, in addition,

19  his religious beliefs while incarcerated.

20         Wellpath knew or should have known that it's duties required it to

21  not have taken plaintiff off of the no-soy diet, further, that it should

22  replaced his name back on the no-soy diet list when requested, in

23  order to satisfy his religious activities and religious beliefs.

24         Wellpath knew or should have known that it's actions would result

25  in Plaintiff's injuries because of it's unnecessary obstruction of his right

26  to be physically unburdened in his religious activities, in addition, those

27  activities based on his belief.

28

(26)  Nurse Alice knew or should have known in respect to it's duties and clearly established law; Plaintiff had a right to exercise his religion, in addition, a right to freely attend his religious needs based on his beliefs while incarcerated.

Nurse Alice knew or should have known that her duties required her not to deny plaintiff a proper religious diet based on his beliefs while incarcerated.

Nurse Alice knew or should have known that her actions would result in plaintiff's injury because of her unnecessary and purposeful obstruction of his right to be physically unburdened in his religious activities based his beliefs.

(26)  Doctor Herr knew or should have known in respect to his or her duties and clearly established law; Plaintiff had a right to exercise his religion and a right to freely attend his religious needs based on his belief - while incarcerated.

Doctor Herr knew or should have known her or his duties required her not to deny plaintiff a proper and appropriate for his religious faith, furthermore, his religious need based on his belief while incarcerated.

Doctor Herr knew or should have known his or her actions would cause plaintiff's injuries because of her conspiratory obstruction of plaintiff's plaintiff's right to be physically unburdened in his religious exercise, based on his beliefs.

(27)  John Doe knew or should have known in respect to his duties and clearly established law: Plaintiff had a right to exercise his religion and freely attend his religious needs based on his beliefs while incarcerated.

John Doe knew or should have known that his or her duties required him or her to not lie about medical information in order to preclude plaintiff a proper religious diet based on his or her belief,

John Doe Knew or should have Known that his or her actions would result in plaintiff's injuries because of his or her misrepresentation of plaintiff's medical records and statements therein purposefully, thereby obstructing plaintiff's right to be physically unburdened in his religious activities based on his belief.

**SANTA BARBARA COUNTY SHERIFF'S OFFICE**
Custody Operations – Inmate Grievance Form

Staff Use Only
CID# 253463?
LOG# 1132.1

Name: Robert Billie    Booking#: 1000287    Housing: FRC-116

Date: 5-5-17    Check One: ☒ Grievance    ☐ Appeal Log#:

I am grieving Nurse Alice" and Dr. Herr's" refusal to modify my kosher diet back to a "no soy" diet as deliberate indifference based on the following and for over a year. I was on a "no soy" diet due to my reaction to the soy meals. 1. This was approved by medical in 2015. B. Due to my religious conversion to "Islam" I began a kosher diet in early 2017 and that diet contained no soy within it as it had  dinner (fit for muslims"), however, the 3630 discontinued the "Halal" dinner in April 2017 and is now serving soy dinners. C. When I requested a modified diet change back to a "No Soy" diet within the only special diet provided muslims (Kosher) due to the reoccuring Stomach pain, nausea and itching - Nurse Alice stated she could not change my diet even though I was previously on a no soy diet due to Dr. Herrs orders. D. I informed Nurse Alice" of my current lo yr. prison term (39 months here), she suggested I go to prison. 1. I have separate several cases which will not permit me to leave SBCT for at least another year (criminal cases) after trial. XXX Nurse alice and "Dr. Herr" are deliberately indifferent to my medical needs, violative of the 8th Amendments Cruel & Unusual Punishment.

Grievance. Jail policy is that a written response will be provided within 15 days of receipt of the grievance.

If this grievance is related to the Medical, Psychiatric/Mental Health, Dental, or Vision care provided to you during this incarceration, you **must** complete and sign the release form on the reverse side of this sheet. Failure to sign the release form will limit the Sheriff's Office ability to adequately respond to and/or resolve the issues for which you are grieving. The release authorization on the back of the **white sheet** is the sole original authorization.

------------------------- ***Do not write below the dotted line for Staff use only*** -------------------------

Rec'd by: A. NOAKES 4206 Date: 5/5/1 Resolved on scene by: _____ Date: __/__/__

Reply: There is no medical indication for you to have a soy free d.d.

Reviewing Supervisor: _____    Date: 5/5/17

If not resolved, routed to: LT. LAUNER    By: SGT. DESLAURIER    Date: 5/5/17

Administrative review: LT. LAMMNIR #2761    Date: 5/18/17

SH – 585a (Revised 03/16) (Admin/Ops)    Distribution: Original – Admin / Yellow - Inmate Reply Copy / Pink-Admin Dep / Golden – Inmate Copy

# SANTA BARBARA COUNTY SHERIFF'S OFFICE
## Custody Operations – Inmate Grievance Form

Staff Use Only
CID# 053637
LOG# 15650

Name: ROBERT BILLIE          Booking#: 1000287          Housing: IRC-115

Date: 3/7/19        Check One:   ☐ Grievance   ☒ Appeal Log#: 11831

I AM APPEALING THE GRIEVANCE RESPONSE BASED ON THE FOLLOWING: A. I
HAD BEEN MEDICALLY CLEARED FOR A NO SOY DIET FOR A YEAR and A HALF
BEFORE I STARTED ON THE KOSHER / HALAL RELIGIOUS DIET (Approximately 8/MA-
RCH OF 2017). B. AT THAT TIME THE "HALAL" DIET DID NOT CONTAIN SOY.
C. IN APRIL OF 2017 THE SBSO BEGAN DINNER TRAYS THAT CONTAIN A SOY
MAIN COURSES, AND HAVE CONTINUED TO SERVE DINNER TRAYS WITH SOY EV-
ERYDAY HERETOFORE. D. I CANNOT AND HAVE NOT EATEN THE MAIN COURSE
FROM DINNER TO DATE. E. SOY CAUSES ME SEVERE STOMACH CRAMPS AND
NAUSEA. F. THE NURSE, DOCTOR & MEDICAL ARE DELIBERATELY INDIFFER-
ENT.

**Jail policy is that a written response will be provided within 15 days of receipt of the grievance.**

If this grievance is related to the Medical, Psychiatric/Mental Health, Dental, or Vision care provided to you during this incarceration, you **must** complete and sign the release form on the reverse side of this sheet. Failure to sign the release form will limit the Sheriff's Office ability to adequately respond to and/or resolve the issues for which you are grieving.  The release authorization on the back of the **white sheet** is the sole original authorization.

- - - - - - - - - - - - -    ***Do not write below the dotted line for Staff use only***   - - - - - - - - - - - - -

Rec'd by: _____ S135 Date: 3/7/19 Resolved on scene by: _____ Date: _/_/_

Reply: MR BILLIE, I WILL ANSWER YOUR POINTS ONE AT A TIME
A) WELLPATH HAS NO RECORD OF YOU HAVING A SOY ALLERGY
B+C) YES, THE KOSHER/HALAL DIETS ARE NOW SOY BASED.
D) IF YOU CAN NOT EAT THE MAIN COURSE, I WOULD SUGGEST A
VEGAN OR VEGETARIAN DIET. ISLAMIC LAW CONSIDERS BOTH
OF THESE DIETS AS HALAL.
E) SEE ANSWER "A" ABOVE + TURN IN A MEDICAL KITE TO ADDRESS SOME.
✗ NOTED — ONE ISSUE PER GRIEVANCE PLEASE.

Reviewing Supervisor: T CECONETTO                    Date: 3/11/19

If not resolved, routed to: SE MORGAN  T CECCHETTO  By: SGT MORGAN 2552 Date: 3/7/19

Administrative review: Z/JSM                           Date: 2/12/19

SH – 585a (Revised 03/16) (Admin/Ops)        Distribution:  Original – Admin / Yellow – Inmate Reply Copy / Pink-Admin Dep / Golden – Inmate Copy

## SANTA BARBARA COUNTY SHERIFF'S OFFICE
### Custody Operations – Inmate Grievance Form

| Staff Use Only |
| --- |
| CID# 0534637 |
| LOG# 11754 |

Name: Robert Billie            Booking#: 1000287            Housing: IRC-110

Date: 4-24-17      Check One: ☒ Grievance      ☐ Appeal Log#: _____

I am grieving the Santa Barbara Sheriff Office refusal to change my diet from a "regular" Kosher, to a Kosher / No Soy diet as an act in excess of its jurisdiction on these following grounds : A. Prior to my Kosher diet I was on a "No Soy" diet due to my medical evaluation. B. Now that the Kosher dinner meals contain Soy, I cannot eat them. I need to be "put on" a Kosher/No Soy Diet. C. I've sent numerous informal "Kites" to staff to address this issue w/ no response.

*** My request for relief is : To be placed on a Kosher / No Soy Diet ; A Halal dinner which were the normal dinners before the recent change to Soy dinner main course meals.

###### Jail policy is that a written response will be provided within 15 days of receipt of the grievance.

If this grievance is related to the Medical, Psychiatric/Mental Health, Dental, or Vision care provided to you during this incarceration, you **must** complete and sign the release form on the reverse side of this sheet. Failure to sign the release form will limit the Sheriff's Office ability to adequately respond to and/or resolve the issues for which you are grieving. The release authorization on the back of the **white sheet** is the sole original authorization.

- - - - - - - - - - - - - - - ***Do not write below the dotted line for Staff use only*** - - - - - - - - - - - - - - -

Rec'd by: REIF 4742        Date: 4/24/17 Resolved on scene by: _____        Date: / /

Reply: You were seen by nursing on 4-25-17 and deny any allergies to food / medicine. Your diet will not be changed to a no-soy diet as this is not an available option unless you have a documented soy allergy from an outside provider.

Reviewing Supervisor: _____        Date: / /

If not resolved, routed to: ADMIN SERGEANT   By: SGT ___ 7310        Date: 4/24/17

Administrative review: LT LAMMER #2761        Date: 5/3/17

## SANTA BARBARA COUNTY SHERIFF'S OFFICE
### Custody Operations – Inmate Grievance Form

Staff Use Only
CID# 5346.77
LOG# 11822

Name: Robert Billie _____ Booking#: 10002877 ___ Housing: TBC - 116

Date: 5-4-17 II ___ Check One: ☐ Grievance  ☑ Appeal Log#: 11794

I am appealing the response to my grievance supplied by "medical".
(I believe it was medical) based on the following grounds: A. I have been
confined here for 3 years as I am currently serving a 16 year prison term.
1. I will be able to "seen" by an outside provider for a long time, unless my (Jail/Sheriff)
transport & pay for the evaluation. B. When seen by nursing on 4-29-17 it was
due to sharp pain in my back and when asked if I was allergic to medicine
(any) I replied no. 1. I am not medically qualified, however, when did the
medical team "medicine" import food/water by contemporary medical health
care standards. Eg. Does "sexual healing" (Marvin Gaye) constitute "medicine" now?
C. For over a year prior to my current Kosher diet I was on a "no Soy" diet due to
my bodies reaction to Soy (Stomach pain, nausea) but due to my religious conversion
(Islamic) I began a Kosher diet, _____ does not have a Halal diet. D. Now I
am also experiencing hives (itching) after digesting the Soy (Kosher dinners). * I
am charging the medical staff with deliberate indifference to my medical needs.

Jail policy is that a written response will be provided within 15 days of receipt of the grievance.

If this grievance is related to the Medical, Psychiatric/Mental Health, Dental, or Vision care provided to you during this incarceration, you **must** complete and sign the release form on the reverse side of this sheet. Failure to sign the release form will limit the Sheriff's Office ability to adequately respond to and/or resolve the issues for which you are grieving. The release authorization on the back of the **white sheet** is the sole original authorization.

----------------------- ***Do not write below the dotted line for Staff use only*** -----------------------

Rec'd by: CD VELASQUEZ __ Date: 5/4/17 Resolved on scene by: _____ Date: __/__/__

Reply: _____

_____

_____

_____

_____

Reviewing Supervisor: _____ Date: __/__/__

If not resolved, routed to: MEDICAL OPS. LT. __ By: SGT. DESLONRIER ___ Date: 5/4/17

Administrative review: T. UAMMER #2761 ___ Date: 5/8/17

ROBERT BILLIE # W00919

B4-124

P.O. BOX 5002
CALIPATRIA, CA - 92233

CV

UN
CE
3
L
9

CONFIDENTIAL



GENERATED FROM
CALIPATRIA STATE PRISON

U.S. POSTAGE >> PITNEY BOWES

ZIP 92233   $ 000.51⁰
02 4W
0000339287 APR 12 2021





RECEIV'D
CLERK U.S. DISTRICT COURT

APR 14 2021

CENTRAL DISTRICT OF CALIFORNIA
BY
DEPUTY

ITED STATES DISTRICT COURT
NTRAL DISTRICT OF CALIFORNIA
50 W. 1st Street, Suite 4311
OS ANGELES, CALIFORNIA
0012-4565

CONFIDENTIAL

J. AGUILAR

CONFIDE