UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEE BILLIE,<br><br>            Plaintiff,<br><br>      v.<br><br>COUNTY OF SANTA BARBARA et al,<br><br>            Defendants. | Case No.  2:21-cv-03305-VAP (SK)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION TO GRANT DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT** |

      In accordance with 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation (R&R) to grant Defendants' motions for summary judgment, Plaintiff's objections (ECF 113), and any pertinent records as needed.  Plaintiff's objections, however, identify no specific portions of the R&R that are allegedly objectionable, as required to state valid objections.  *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).  Instead, the objections merely assert broad, blanket objections to the ultimate disposition recommended in the R&R, which cannot trigger de novo review.  *See McCullock v. Tharratt*, 2017 WL 6398611, at *1 (S.D. Cal. Dec. 15, 2017).

      In any event, the Court has conducted a de novo review of the R&R and considered Plaintiff's broad, blanket objections.  The Court concludes that nothing in those objections affects or refutes the material findings and conclusions in the R&R.  The Court therefore accepts the recommendation and orders that Defendants' motions for summary judgment be GRANTED

for the reasons provided in the R&R.  Judgment in Defendants' favor will be entered accordingly.  Any outstanding requests (ECF 95) are DENIED as moot.

    IT IS SO ORDERED.

DATED:   5/11/23

                                    VIRGINIA A. PHILLIPS
                                    United States District Judge