JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEE BILLIE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SANTA BARBARA et al,<br><br>　　　　　Defendants. | Case No. 2:21-cv-03305-VAP (SK)<br><br>**JUDGMENT** |

　　　Pursuant to the Order Accepting Report and Recommendation to Grant Defendants' Motions for Summary Judgment, **IT IS ADJUDGED** that Defendants' Motions for Summary Judgment are GRANTED.  The Clerk is ordered to enter judgment in favor of Defendants and close the case.

DATED:   5/11/23

　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　United States District Judge